NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ELBERT HICKS,**
*Petitioner,*

**v.**

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2014-3017

---

Petition for review of the Merit Systems Protection Board in No. PH-3443-12-0485-I-1.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of petitioner's motion for leave to file his brief out of time,

IT IS ORDERED THAT:

The motion is granted. The principal brief is accepted for filing. USPS should calculate the due date for its response brief from the date of filing of this order.

2                                                     HICKS v. USPS

For the Court

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s27